UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LEONDRO XAVIER OLIVEIRA,<br><br>   Plaintiff,<br><br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>   Defendants. | No. 1:25-cv-1760 WBS AC<br><br><br><br><br>ORDER |
| LEONDRO XAVIER OLIVEIRA,<br><br>   Plaintiff,<br><br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>   Defendants. | No. 1:26-cv-3550 DAD CKD |

----oo0oo----

   Examination of the above-entitled actions reveals that they are not related within the meaning of Local Rule 123(a). The parties and the general topic of immigration detention are

1

the same, however the cases are predicated on two wholly different statutory causes of action.  The action denominated Leondro Xavier Oliveira v. Sergio Albarran, et al., Case No. 1:25-cv-1760 WBS AC concerns a petition for relief from pre-final order detention under 8 U.S.C. § 1225 or 8 U.S.C. § 1226, while the action denominated Leandro Oliviera Xavier v. Sergio Albarran, et al., Case No. 1:26-cv-3550 DAD CKD deals with a petition seeking relief from post-final order detention under 8 U.S.C. § 1231.  Because the cases present different questions of law, the assignment of the matters to the same judge is not likely to effect a saving of judicial effort.  Accordingly, the court will not relate these cases.

IT IS THEREFORE ORDERED that the actions denominated Leondro Xavier Oliveira v. Sergio Albarran, et al., Case No. 1:25-cv-1760 WBS AC, and Leandro Oliviera Xavier v. Sergio Albarran, et al., Case No. 1:26-cv-3550 DAD CKD, be, and the same hereby are, deemed UNRELATED.

IT IS SO ORDERED.

Dated:  May 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2